[Crim. No. 1251. First Appellate District, Division One.—May 6, 1925.]

## THE PEOPLE, Respondent, v. F. A. PORTER, Appellant.

[1] CRIMINAL LAW—ESCAPE OF CONVICT—FORFEITURE OF CREDITS—ONCE IN JEOPARDY.—Judgment of conviction affirmed upon authority of *People* v. *Conson, ante,* p. 509.

APPEAL from a judgment of the Superior Court of Marin County. Frank H. Dunne, Judge Presiding. Affirmed.

The facts are stated in the opinion of the court.

Thos. P. Boyd for Appellant.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Jr., Deputy Attorney-General, for Respondent.

TYLER, P. J.—Appellant was accused, upon information by the district attorney of Marin County, with the crime of felony, to wit: escaping from state prison while undergoing a sentence of ten years' imprisonment in the state prison at San Quentin under and by virtue of a judgment of the superior court of the county of Lassen.

He was tried and found guilty and this is an appeal from the judgment of conviction.

[1] The same points are urged as grounds for reversal that were considered in the case of *People* v. *Conson, ante,* p. 509 [237 Pac. 799].

Upon the authority of that case the judgment appealed from is affirmed.

Knight, J., and Cashin, J., concurred.